JOHN A. RUSSO, City Attorney - State Bar No. 129729
RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
One Frank Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3865     Fax: (510) 238-6500
sqrowell@oaklandcityattorney.org
25256/404646

Attorneys for Defendants
CITY OF OAKLAND, WAYNE
TUCKER, ANWON JONES,
BERNARD ORTIZ and JASON SENA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CALDWELL and LEONA SAVOY, <br><br> Plaintiff, <br><br> vs. <br><br> The CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his capacity as Chief of Police for the CITY OF OAKLAND; ANWON JONES, BERTRAND ORTIZ and JASON SENA, individually, and in their capacities as police officers for the CITY OF OAKLAND; and OAKLAND police officers DOES 1-20, inclusive, <br><br> Defendants. | Case No.  C 06-07322 MHP <br><br> **STIPULATION AND ORDER RE: PHYSICAL EXAMINATION FRCP 29, 35** |

Pursuant to Federal Rules of Civil Procedure 29 and 35, the parties hereby stipulate to an order of the court requiring the physical examinations of Plaintiffs WILLIAM CALDWELL and LEONA SAVOY by George Pugh, M.D.  Said examinations shall take place on June 7, 2007 at 2:15 p.m and 3:00 p.m., respectively, at 3100 Telegraph

1 | Avenue, Oakland, (510) 444-2756.

2 | The scope and manner of the physical examination will be as follows:

3 | 1. Physical examination of plaintiffs and limited to those parts of the body alleged to have been injured as a result of the incident which is the subject of the complaint on file herein. The purpose of the examination is to determine the nature and extent of plaintiffs' alleged injuries and to diagnose and evaluate the injuries allegedly sustained as a result of the subject incident.

2. The examining physician will ask plaintiff questions concerning his/her medical history, prior injuries, and past and present symptoms.

3. The examining physician may perform certain tests and accepted diagnostic procedures, including, but not limited to, the making of x-rays of those portions of the body allegedly injured as a result of the subject incident.

Date: May 7, 2007

_____
STEPHEN Q. ROWELL
Attorney for Defendants

Date: May 4, 2007

_____
JOHN L. BURRIS
ANDANTE POINTER
Attorneys for Plaintiffs

## ORDER

Pursuant to Federal Rules 29 and 35,

IT IS SO ORDERED.

Dated: 5/31/2007



IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER RE PHYSICAL
EXAMINATION OF PLAINTIFF

-2-

C06-07322 MHP