1  **JOHN L. BURRIS, Esq.  SBN 69888**
   **ADANTÉ D. POINTER Esq. SBN 236229**
2  LAW OFFICES OF JOHN L. BURRIS
   Airport Corporate Centre
3  7677 Oakport Street Suite 1120
   Oakland, CA 94621
4  Telephone:  (510) 839-5200
   Facsimile:   (510) 839-3882
5  John.Burris@johnburrislaw.com
   Adante.Pointer@johnburrislaw.com
6
7  Attorneys for Plaintiffs
   **WILLIAM CALDWELL**
   **LEONA SAVOY**
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM CALDWELL and<br>LEONA SAVOY<br><br>                    Plaintiffs,<br><br>     vs.<br><br>CITY OF OAKLAND,  a municipal corporation;<br>WAYNE TUCKER, in his official capacity as<br>Chief of Police for the CITY of OAKLAND;<br>ANWON JONES, BERTRAND ORTIZ and<br>JASON SENA individually, and in their official<br>capacities as a police officers for the CITY OF<br>OAKLAND; and, OAKLAND police officers<br>DOES 1-20, inclusive,<br><br>                    Defendants.<br>_____/ | Case No.  C 06-7322 MHP<br><br>**STIPULATION & [PROPOSED] ORDER**<br>**TO CONTINUE CASE MANAGEMENT**<br>**CONFERENCE** |

//

//

IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiffs and all defendants, by and through their designated counsel, that the Case Management Conference currently scheduled for August 13, 2007, be rescheduled to November 5, 2007.

Good cause being, the parties are scheduled to mediate Plaintiff William Caldwell's action on September 19, 2007 and are working to mediate Plaintiff Leona Savoy's action during the month of October. Hence, it would serve the interests of the parties and the court to continue the case management conference to a date after the anticipated mediation sessions.

IT IS SO STIPULATED.

Date: August 1, 2007                          /s/
                                              Adanté D. Pointer
                                              Attorney for Plaintiff


Date: August 1, 2007                          /s/
                                              Stephen Q. Rowell
                                              Attorney for Defendants


ORDER

**IT IS SO ORDERED.**

August 8, 20007                               _____
                                              Honorable MARILYN
                                              United States District

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

STIPULATION & [PROPOSED ORDER] TO CONTINUE CASE MGMT
CASE NO.: C 06-7322 MHP