JOHN L. BURRIS, Esq. SBN 69888
ADANTE D. POINTER Esq. SBN 236229
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street Suite 1120
Oakland, CA 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiffs
**WILLIAM CALDWELL**
**LEONA SAVOY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM CALDWELL and LEONA SAVOY<br><br>                    Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, a municipal corporation; WAYNE TUCKER, in his official capacity as Chief of Police for the CITY of OAKLAND; ANWON JONES, BERTRAND ORTIZ and JASON SENA individually, and in their official capacities as a police officers for the CITY OF OAKLAND; and, OAKLAND police officers DOES 1-20, inclusive,<br><br>                    Defendants.<br>_____/ | Case No. C 06-7322 MHP<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

//

//

1  IT IS HEREBY STIPULATED (and respectfully requested) by and between plaintiffs and all defendants, by and through their designated counsel, that the Case Management Conference currently scheduled for November 5, 2007, be rescheduled to ~~January 21, 2007.~~ January 28, 2008 at 3:00 p.m.

The parties engaged in mediation on October 15 and 16, 2007, but the plaintiffs' claims were not resolved. The parties have agreed to reconvene the mediation on December 19, 2007 for further negotiations. Hence, it would serve the interests of the parties and the court to continue the case management conference to a date after the scheduled mediation session(s).

IT IS SO STIPULATED.

Date: _____October 26, 2007_____     _____/s/_____
                                      ADANTÉ D. POINTER
                                      Attorney for Plaintiffs

Date: _____October 26, 2007_____     _____/s/_____
                                      STEPHEN Q. ROWELL
                                      Attorney for Defendants

ORDER

IT IS SO ORDERED.

10/30/2007                            _____
                                      Honorable [signature]
                                      United States [...]
                                      Judge Marilyn H. Patel

STIPULATION & [PROPOSED ORDER] TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO.: C 06-7322 MHP