**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM CALDWELL, ET AL.,

        Plaintiff(s),

   v.

CITY OF OAKLAND, ET AL.,

        Defendant(s).

_____/

Case No. C-06-07322 MHP (JCS)

**NOTICE AND ORDER
SETTING FURTHER
SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

     You are hereby notified that a Further Settlement Conference is scheduled for **May 19, 2008, at 9:30 a.m.**, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Updated confidential settlement conference statements shall be lodged with the undersigned's Chambers **no later than May 12, 2008**. Lead trial counsel shall appear at the Settlement Conference with the parties having unlimited authority to negotiate and settle the case.

     The parties shall notify the undersigned's Chambers immediately at (415) 522-3691 if this case settles prior to the date set for the Further Settlement Conference. All other provisions of this Court's February 7, 2008 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.

     IT IS SO ORDERED.

Dated: March 27, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge