1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Senior Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3865     Fax: (510) 238-6500
   Email: sqrowell@oaklandcityattorney.org
5
   Attorneys for Defendants
6  CITY OF OAKLAND, WAYNE
   TUCKER, ANWON JONES, JASON SENA
7  and BERNARD ORTIZ
   25256/446772
8

9              **UNITED STATES DISTRICT COURT**

10           **NORTHERN DISTRICT OF CALIFORNIA**

11

| 12  WILLIAM CALDWELL and | Case No. C 06-07322 MHP |
| 13  LEONA SAVOY, | |
| 14           Plaintiff, | **STIPULATION AND PROPOSED** |
| 15       vs. | **ORDER FOR CONTINUANCE OF TRIAL** |

12  WILLIAM CALDWELL and
    LEONA SAVOY,
13
                Plaintiff,
14
        vs.
15
    The CITY OF OAKLAND, a municipal
16  corporation; WAYNE TUCKER, in his
    capacity as Chief of Police for the CITY
17  OF OAKLAND; ANWON JONES,
    BERTRAND ORTIZ and JASON SENA,
18  individually, and in their capacities as
    police officers for the CITY OF OAKLAND;
19  and OAKLAND police officers DOES 1-20,
    inclusive,
20
                Defendants.
21  .

22

Case No. C 06-07322 MHP

**STIPULATION AND PROPOSED
ORDER FOR CONTINUANCE OF TRIAL**

23        Due to the unavailability of defendants' counsel, the parties hereby stipulate

24  that the trial scheduled to take place before the Honorable Marilyn H. Patel in captioned

25  matter be continued from August 12, 2008 to September 9, 2008.

26

1

2

Date: 4/23/08

STEPHEN Q. ROWELL
Attorney for Defendants
CITY OF OAKLAND, WAYNE
TUCKER, ANWON JONES, JASON SENA
and BERNARD ORTIZ

3

4

5

6

7

8

Date: 4/28/08

JOHN L. BURRIS, ESQ/
ADANTE POINTER, ESQ.
Attorneys for Plaintiffs

9

10

11

12

13

14

15

16

**ORDER**

17

**It is so ordered.**   4/23/2008

IT IS SO ORDERED

Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

18

19

HONOR...
United Stat... ...t Court

20

21

22

23

24

25

26

-2-

STIPULATION AND PROPOSED ORDER
FOR CONTINUANCE OF TRIAL

C06-7322 MHP