1  JOHN A. RUSSO, City Attorney - State Bar No. 129729
   RANDOLPH W. HALL, Assistant City Attorney - State Bar No. 080142
2  WILLIAM E. SIMMONS, Supervising Trial Attorney- State Bar No. 121266
   STEPHEN Q. ROWELL, Deputy City Attorney - State Bar No. 098228
3  One Frank Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone: (510) 238-3865   Fax: (510) 238-6500
   sqrowell@oaklandcityattorney.org
5  25256/392668

6  Attorneys for Defendants
   CITY OF OAKLAND, WAYNE
7  TUCKER, ANWON JONES,
   BERTAND ORTIZ and
8  JASON SENA

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | WILLIAM CALDWELL and          | Case No C 06-07322 MHP
   | LEONA SAVOY,                  |
12 |                               | **STIPULATION OF DISMISSAL**
   |      Plaintiff,               |
13 |                               |
   | vs.                           |
14 |                               |
   | The CITY OF OAKLAND, a municipal
15 | corporation; WAYNE TUCKER, in his
   | capacity as Chief of Police for the CITY
16 | OF OAKLAND; ANWON JONES,
   | BERTRAND ORTIZ and JASON SENA,
17 | individually, and in their capacities as
   | police officers for the CITY OF OAKLAND;
18 | and OAKLAND police officers DOES 1-20,
   | inclusive,
19 |
   |      Defendants
20

21     IT IS HEREBY STIPULATED by and between the parties to this action through

22 their designated counsel that this entire action be and hereby is dismissed with prejudice

23 pursuant to FRCP 41(a) (1). Each party to bear its own costs and fees.

24

25

26

| | | |
|---|---|---|
| 1 | | |
| 2 | | LAW OFFICES OF JOHN L. BURRIS |
| 3 | Dated: 7/30/2008 | By: *[signature]* |
| 4 | | Attorneys for Plaintiffs |

Dated: July 30 2008

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney
STEPHEN Q. ROWELL, Deputy City Attorney

By: *[signature]*
Attorneys for CITY OF OAKLAND, et al.

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Marilyn H. Patel]*